UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62371-CIV-DIMITROULEAS

KELLY A. JONES.,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) [DE 29]; and the October 23, 2025 Report and Recommendation of Magistrate Judge Augustin-Birch [DE 32] (the "Report"). The Court notes that no objections to the Report [DE 32] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 32] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 32] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 32] is hereby **ADOPTED** and **APPROVED**;
2.     Plaintiff's Motion [DE 29] is **GRANTED**;

3. Plaintiff's counsel is awarded attorney's fees in the amount of $26,484.16.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record